| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br>Karen E. Bezner<br>KB 5770 | |
| In Re:<br><br>MORGAN INDUSTRIES CORPORATION,<br><br>　　　　　DEBTOR. | Case No.: 12-21156 (MBK) |
| In Re:<br><br>HUNTER MARINE CORPORATION,<br><br>　　　　　DEBTOR. | Case No. 12-21167 (MBK)<br>Administratively Consolidated |
| KAREN E. BEZNER, CHAPTER 7 TRUSTEE<br><br>　　　　　PLAINTIFF,<br>v.<br><br>COMPOSITES ONE, LLC<br><br>　　　　　DEFENDANT. | Adv. No.: 15-02543<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

## STIPULATION OF SETTLEMENT

The parties hereto stipulate that Plaintiff Trustee will accept the sum of $5,000.00 from the Defendant Composites One, LLC in full satisfaction of the allegations contained in the complaint.

**COMPOSITES ONE LLC**　　　　　　　　　　　　　**KAREN E. BEZNER, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Trustee

By: /s/ Mary Bravo　　　　　　　　　　　　　　By: /s/ Karen E. Bezner
　　Mary Bravo　　　　　　　　　　　　　　　　　Karen E. Bezner, Esq.